Charles Walker, Jr.

25-cv-914-jdp

Average monthly balance: $2581.97 + $2590.90 = $5172.87 / 2 = $2586.43 x 20% = $517.29

Average monthly deposits: $1960 / 6 = $326.66 x 20% = $65.33