IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WALKER, JR.,

    Plaintiff,

v.

KEVIN PITZEN, KEVIN GARCEAU,
LT. BERGERONE, and SEC. DIR. BLOUNT,

    Defendants.

ORDER

Case No. 25-cv-914-jdp

---

On November 17, 2025, plaintiff Charles Walker, Jr. filed a motion for leave to proceed without prepaying the filing fee for this case. On November 18, 2025, I denied the motion. I determined that 20% of the average monthly balance in his accounts at Columbia Correctional Institution, where plaintiff is incarcerated, would have been more than the filing fee. *See* 28 U.S.C. § 1915(b)(1). In other words, plaintiff has too much money to proceed *in forma pauperis*.

Now plaintiff has filed a motion to pay the filing fee using funds in his release account. Dkt. 6. Plaintiff includes correspondence from the business office at CCI stating that plaintiff must "send [a] court order that states if there is not enough money in your regular account the release funds can be used." Dkt. 6-2.

A review of the account statement that plaintiff submitted on November 17, dkt. 4, shows that plaintiff receives regular monthly deposits in amounts ranging from $50 to $300, with the average amount being $65. At times, plaintiff has money in his regular account. But not all the time. The court does not have authority to give plaintiff a *choice* to pay the filing fee with funds in his release account, but the court will order that prison officials must withdraw funds from his release account to pay any portion of the fee that remains after first withdrawing funds from his regular account, up to the full amount, $405.

1

ORDER

IT IS ORDERED:

1. Plaintiff Charles Walker's motion to use release account funds to pay the $405 filing fee is GRANTED IN PART. As noted above, prison officials must withdraw funds from plaintiff's release account to pay any portion of the fee that remains after first withdrawing funds from his regular account, up to the full amount, $405.

2. Plaintiff may have until January 5, 2026, to submit payment to the clerk of court in the amount of $405. If plaintiff fails to make the payment as ordered, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw this action voluntarily and the case will be dismissed without prejudice. If plaintiff pays the filing fee within 30 days after dismissal, then the case will be reopened. The case will not be reopened after 30 days unless plaintiff shows that he is entitled to relief under Fed. R. Civ. P. 60(b).

3. The clerk's office is directed to send a copy of this order to plaintiff and to the business office at Columbia Correctional Institution.

Entered this 5th day of December, 2025.

BY THE COURT:

/s/
_____
ANDREW R. WISEMAN
Magistrate Judge