IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WALKER, JR.,

      Plaintiff,

    v.

KEVIN PITZEN, et al.

      Defendants.

ORDER

Case No.  25-cv-914-jdp

In an order entered on April 8, 2026, plaintiff Charles Walker, Jr. was granted leave to proceed against the defendants in this case.  The Wisconsin Department of Justice filed a notice indicating that it does not appear on behalf of defendant Gabrielle Gavinski.  Because plaintiff paid the full $405 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on his behalf.  Rather, I am directing the clerk's office to forward the summons, complaint and a copy of the court's April 8, 2026, screening order to the plaintiff to serve on defendant  Gabrielle Gavinski following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint, the court's April 8, 2026, screening order to plaintiff to arrange for service

on defendant Gabrielle Gavinski. Plaintiff is to promptly serve defendant Gabrielle Gavinski

and file proof of service as soon as service has been accomplished.

Entered this 2nd day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge